IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

12 JUN 19 PM 4: 43

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>    vs. )<br>DONALD E. ORENT, JR., )<br>    Defendant. ) | 8:12CR204<br><br>INDICTMENT<br>18 U.S.C. § 1715 |

The Grand Jury Charges:

## COUNT I

On or about March 19, 2012, and continuing through March 20, 2012, in the District of Nebraska and elsewhere, the defendant DONALD E. ORENT, JR., knowingly deposited for mailing at the Post Office located at Bryant, AR, and caused to be delivered by mail, a package addressed to 3819 Harrison Street, Omaha, NE, containing a pistol, revolver, or other firearm capable of being concealed on the person, to wit: a Thompson Auto-Ordinance Corp, .45 caliber Automatic handgun, serial # AOC35536, which is nonmailable and not authorized to be mailed by rules and regulations of the Postal Service, in violation of Title 18, United States Code, Section 1715.

A TRUE BILL:

_____
FOREPERSON

_____
DEBORAH R. GILG
United States Attorney

The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

_____
THOMAS J. KANGIOR
Assistant United States Attorney